# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.              Case No. 6:16-cv-435-Orl-37DAB

LILLY MANAGEMENT AND
MARKETING, LLC; and KEVIN W.
LAWRENCE,

    Defendants.

_____

## ORDER

  This cause is before the Court on the United States of America's Unopposed Motion Requesting Entry of a Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment (Doc. 2), filed March 16, 2016.

  The United States of America ("**Government**") initiated this action on March 16, 2016, for Defendants' alleged violations of the Federal Trade Commission ("**FTC**") Act, 15 U.S.C. § 45(a), and the FTC's Telemarketing Sales Rule. The Government simultaneously moved for entry of a final order for permanent injunction and civil penalty judgment, which is unopposed. (Doc. 2 ("**Motion**").) In the Motion, the Government represents that the parties have settled the matter and stipulated to a proposed Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment (Doc. 2-1) "without further notice to any party or other proceedings." (Doc. 2, p. 2.) Upon consideration, the Court finds that the Motion is due to be granted.

  Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

  1.  The United States of America's Unopposed Motion Requesting Entry of a

Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment (Doc. 2) is **GRANTED**.

2. The Court **APPROVES** of the Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment (Doc. 2-1) and hereby **INCORPORATES** it into this Order.

3. The Court retains jurisdiction over this action and the parties solely for the purpose of enforcing the Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment (Doc. 2-1). The Court does not retain jurisdiction to enforce any related agreements that the parties may have made or will make.

4. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 25, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record